IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVERICK SCOTT                                                                                              PLAINTIFF
ADC #131042

V.                                    NO. 5:15CV00329 JLH

MOSES JACKSON; LASAUNDRA MALONE;
and MARK STEPHENS                                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 16th day of August, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE